### DOROTHY S. MITCHELL *v.* MORRIS SILVERSTEIN ET AL.

The named defendant's petition for certification for appeal from the Appellate Court (AC 21180) is denied.

*Morris Silverstein*, pro se, in support of the petition.

Decided January 25, 2001

### STATE OF CONNECTICUT *v.* JARED W. KING

The defendant's petition for certification for appeal from the Appellate Court (AC 18728) is denied.

SULLIVAN, C. J., and KATZ and ZARELLA, Js., did not participate in the consideration or decision of this petition.

*Jared W. King*, pro se, in support of the petition.

Decided January 25, 2001